No. 330. PHILLIPS *v.* CHICAGO & NORTHWESTERN R. Co. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Messrs. F. M. Miner* and *M. H. Boutelle* for petitioner. *Messrs. Wm. T. Faricy* and *Samuel H. Cady* for respondent. ■

No. 331. SOUTHERN CALIFORNIA UTILITIES, INC., *v.* CITY OF HUNTINGTON PARK. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Paul Overton* for petitioner. *Mr. Wm. E. Evans* for respondent. ■

No. 332. HURLEY ET AL., TRUSTEES, *v.* ILLINOIS POWER & LIGHT CORP. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Walter H. Saunders, John S. Leahy,* and *Robert Stone* for petitioners. *Messrs. Thomas F. Doran* and *T. M. Pierce* for respondent. ■

No. 333. DUGAN *v.* LOGAN ET AL. October 21, 1929. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. *Mr. A. O. Stanley* for petitioner. *Messrs. M. M. Logan* and *John L. Stout* for respondents.

No. 335. HABERMEL, TRUSTEE, *v.* MONG ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Gardner K. Byers* and *William Marshall Bullitt* for petitioner. *Mr. Charles M. Seymour* for respondents. ■